DANIEL PALUCH (State Bar No. 287231)
Email address: daniel.paluch@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Defendant
Walt Disney Parks and Resorts US, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.L., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WALT DISNEY PARKS AND RESORTS US, INC.,<br><br>    Defendant. | Case No. 2:14-cv-03327-R-RZ<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: May 19, 2014<br>Current response date: June 9, 2014<br>New response date: July 9, 2014 |

Pursuant to Local Civil Rule 8-3, plaintiffs A.L., et al. and defendant Walt Disney Parks and Resorts US, Inc. ("Disney") (collectively, "parties") stipulate and agree as follows:

1.  Plaintiffs filed a 171-page complaint in the instant case on April 30, 2014.

2.  Disney was served with the complaint on May 19, 2014.

3.  Disney's response to plaintiffs' complaint is currently due on Monday, June 9, 2014.

4.  The parties have not previously agreed to any extension of the deadline for Disney to respond to plaintiffs' complaint.

5. Plaintiffs have agreed to grant Disney an extension of 30 days, or until July 9, 2014, to answer or otherwise respond to plaintiffs' complaint.

Dated: June 5, 2014          Respectfully submitted,

*Eugene Feldman*
Eugene Feldman

Counsel for Plaintiffs

Dated: June 4, 2014          Respectfully submitted,

*Daniel Paluch*
Daniel Paluch

Counsel for Defendant Walt Disney Parks and Resorts US, Inc.