RHONDA TROTTER (State Bar No. 169241)
Email address: rtrotter@kayescholer.com
DANIEL PALUCH (State Bar No. 287231)
Email address: daniel.paluch@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Defendant
Walt Disney Parks and Resorts U.S., Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.L., et al., <br><br> Plaintiffs, <br><br> v. <br><br> WALT DISNEY PARKS AND RESORTS U.S., INC., <br><br> Defendant. | Case No. 2:14-cv-03327-R-RZ <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendant Walt Disney Parks and Resorts U.S., Inc. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendant Walt Disney Parks and Resorts U.S., Inc. is an indirect subsidiary of The Walt Disney Company, a publicly traded corporation.

1 | Dated: July 9, 2014 | Respectfully submitted,

/s/ Rhonda Trotter
Rhonda Trotter

Counsel for Defendant Walt Disney Parks and Resorts U.S., Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 9, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

    /s/ Rhonda Trotter
    Rhonda Trotter