UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-14-3327-R                                                                 Date: September 4, 2014

Title:     A. L., et al. - V. - WALT DISNEY PARKS AND RESORTS US, INC.
===============================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

    Christine Chung                                              None Present
    Courtroom Deputy                                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

  None                                                                     None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) TAKING MOTION UNDER
                 SUBMISSION ON THE PAPERS WITHOUT NEED OF ORAL ARGUMENT

**The Court has determined that Defendant Walt Disney Parks and Resorts US, Inc.'s Motion to Change Venue [42] set for hearing on September 15, 2014 at 10:00 A.M., is suitable for a decision on the papers as filed by all parties, without the need for oral argument; therefore, the said Motion is taken UNDER SUBMISSION on the papers as filed, and the hearing date of September 15, 2014 at 10:00 A.M. is VACATED and TAKEN OFF CALENDAR.**

**The Court will issue its ruling on the matter in due course.**

**IT IS SO ORDERED.**

MINUTES FORM 11                                                      Initials of Deputy Clerk ___CCH____
CIVIL -- GEN