

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**To:** Clerk, United States District Court
Middle   District of   Florida
401 West Central Boulevard,  Suite 1200
Orlando, FL 32801

**Re:** Transfer of our Civil Case No.  2:14-cv-03327-R-RZ

Case Title:  A. L. et al v. Walt Disney Parks and Resorts US, Inc.

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐ Original case file documents are enclosed in paper format.
☐ Electronic Documents are accessible through Pacer.
☑ Other:   Case extracted  and transferred via electronically.

Very truly yours,

Clerk, U.S. District Court

Date:  September 23, 2014

By  P. Lopez phyllis_lopez@cacd.uscourts.gov
     Deputy Clerk

cc:  All counsel of record

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☑ CivilIntakecourtdocs-LA@cacd.uscourts.gov   (Los Angeles Office)
☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov   (Riverside Office)
☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov   (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____     By _____
                              Deputy Clerk

CV-22 (09/08)     **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**